## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | | |
|---|---|---|
| NOORALI "SAM" SAVANI, individually and on behalf of others similarly situated, | ) ) ) | Civil Action No.: 1:06-cv-02805-JMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WASHINGTON SAFETY MANAGEMENT SOLUTIONS LLC, *et al.*, | ) ) ) | **ORDER ON CLASS NOTICE** |
| Defendants, | ) ) ) | |
| | ) | |

UPON CONSIDERATION OF the Parties' Joint Status Report and proposed Notice attached thereto as Exhibit A, and the entire record in this case, it is:

**ORDERED** that the Notice attached hereto as Exhibit A is approved by the Court, and dissemination of this Notice by U.S. first-class mail is the best notice practicable under the circumstances, and constitutes due and sufficient notice to all Class and Subclass members in full compliance with Fed. R. Civ. P. 23;

**ORDERED** that within twenty (20) business days of the date of this Order, Defendants shall provide Class Counsel with updated spreadsheets containing the requisite employment information regarding members of the Class and Subclass, printed notices containing individual information for Class and Subclass members, and postage paid envelopes with the last known addresses for all members of the Class and Subclass according to records of Defendant WSMS;

**ORDERED** that within forty (40) business days of the date of this Order, Class Counsel shall cause this Notice (with such non-substantive modifications thereto as may be agreed upon

by the Parties) to be disseminated to the last known address of each Member of the Class and Subclass based on the information provided by Defendants;

**ORDERED** that within ten (10) business days after dissemination of the Notice, Class Counsel shall file a declaration with the Court attesting to compliance with this Order concerning mailing of the Notice;

**ORDERED** that for any Notice returned to Class Counsel as "undeliverable" by the U.S. Postal Service, Defendants shall undertake a diligent, good faith effort to locate a corrected address, and Class Counsel shall re-mail the Notice to the corrected address, if any;

**ORDERED** that if a Class or Subclass Member properly complies with the requirements and deadlines contained in the Notice to dispute the information contained in the Notice regarding his/her employment, Defendants shall undertake a diligent, good faith effort to investigate the disputed information and shall update the Class and Subclass spreadsheets with corrected information if an error is verified; and

**ORDERED** that Defendant WSMS shall advance only the cost of printing and postage for distributing this Notice; and Class Counsel shall advance any additional costs (with the right to seek recovery as part of a petition for costs and attorneys' fees) of distributing this Notice, including the attorney and non-attorney time incurred by Class Counsel as a result of distributing the Notice, and responding to inquiries from members of the Class and Subclass.

**IT IS SO ORDERED.**

J. Michelle Childs

United States District Judge

July 12, 2013
Greenville, South Carolina