# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| NOORALI "SAM" SAVANI and ROBERT P. TAYLOR, Jr. individually and on behalf of others similarly situated, ) ) ) ) ) )            Plaintiffs  ) v.  ) ) ) WASHINGTON SAFETY ) MANAGEMENT SOLUTIONS, LLC, *et al.* ) ) AND ) ) WASHINGTON SAFETY ) MANAGEMENT SOLUTIONS, LLC, and ) WASHINGTON SAFETY ) MANAGEMENT SOLUTIONS, LLC's ) PENSION PLAN ("WSMS PENSION ) PLAN") et al. )            Defendants ) | CIVIL ACTION NUMBER:1:06-cv-02805-JMC |

## STIPULATION CORRECTING CAPTION OF THE CASE

Whereas, in order to correct the caption of the case to reflect certain changes to the names of the corporate defendants since the beginning of this lawsuit, the parties hereby stipulate that the caption of the case should be corrected as follows:NOORALI "SAM" SAVANI       and

| | |
|---|---|
| ROBERT P. TAYLOR, Jr. ) individually and on behalf of others ) similarly situated, ) )            Plaintiffs  ) v.  ) ) ) URS PROFESSIONAL SOLUTIONS LLC ) formerly WASHINGTON SAFETY ) MANAGEMENT SOLUTIONS, LLC, ) formerly WESTINGHOUSE SAFETY ) | CIVIL ACTION NUMBER: 1:06-cv-02805-JMC |

| | |
|---|---|
| MANAGEMENT SOLUTIONS, LLC, | ) |
| and   WASHINGTON SAFETY | ) |
| MANAGEMENT SOLUTIONS, LLC's | ) |
| PENSION PLAN,  now URS | ) |
| PROFESSIONAL SOLUTIONS | ) |
| PENSION PLAN formerly WSMS | ) |
| PENSION PLAN, | ) |
| WASHINGTON GROUP | ) |
| INTERNATIONAL, INC. now known as | ) |
| URS ENERGY & CONSTRUCTION, Inc. | ) |
| and ROGER ALLEN, | ) |
| JULIE TSCHIDA BROWN, | ) |
| DAVE HOLLAN, AND DELOYD CAZIER | ) |
| as TRUSTEES and MEMBERS of | ) |
| the BENEFITS now | ) |
| ADMINISTRATIVE COMMITTEE | ) |
| of URS PROFESSIONAL | ) |
| SOLUTIONS PENSION PLAN, | ) |
|                              Defendants. | ) |
| _____ | ) |

IT IS HEREBY ORDERED that the foregoing Stipulation is APPROVED. It is ordered that the parties and style above stated are henceforth the parties and style of this case.

Dated: July 29, 2013

*J. Michelle Childs*

United States District Judge

Consented to:

s/Stanley G. Jackson
STANLEY G. JACKSON(#9077)
Attorney for the Plaintiffs
321 ½ Newberry Street, SW
Aiken, South Carolina 29801
(803) 643-1003

s/ Gray T. Culbreath

2

Gray T. Culbreath
Gallivan, White and Boyd, P.A.
1201 Main Street, Suite 1200
Columbia, SC 29201
gculbreath@gwblawfirm.com


s/ H. Douglas Hinson
H. Douglas Hinson, *admitted pro hac vice*
Georgia Bar No. 356790
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777
doug.hinson@alston.com

3