AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| NOORALI "SAM" SAVANI and ROBERT P. TAYLOR, Jr.individually and on behalf of others similarly situated, | | |
| *Plaintiffs* | | |
| v. | Civil Action No. | 1:06-2805-JMC |
| URS PROFESSIONAL SOLUTIONS LLC formerly WASHINGTON SAFETY MANAGEMENT SOLUTIONS, LLC formerly WESTINGHOUSE SAFETY MANAGEMENT SOLUTIONS, LLC, and WASHINGTON SAFETY MANAGEMENT SOLUTIONS, LLC's PENSION PLAN, now URS PROFESSIONAL SOLUTIONS PENSION PLAN formerly WSMS PENSION PLAN, WASHINGTON GROUP INTERNATIONAL, INC. now known as URS ENERGY & CONSTRUCTION, Inc. and ROGER ALLEN, JULIE TSCHIDA BROWN, DAVE HOLLAN, AND DELOYD CAZIER as TRUSTEES and MEMBERS of the BENEFITS now ADMINISTRATIVE COMMITTEE of URS PROFESSIONAL SOLUTIONS PENSION PLAN, | | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ other:  final judgment pursuant to Fed. R. Civ. P 54 (b) is entered in favor of Defendants on the merits of Plaintiffs' claim for benefits only under ERISA § 502(a)(1)(B) for those members of the Subclass who are not currently owed any supplemental benefits and without prejudice to other potential claims by such individuals who have not elected or did not elect early retirement.

This action was *(check one):*
❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having entered an order on plaintiffs' motion for bifurcated monetary judgment regarding the subclass.

*CLERK OF COURT*

Date: November 21, 2013

s/Angie Snipes
_____
*Signature of Clerk or Deputy Clerk*