# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| NOORALI "SAM" SAVANI, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>URS PROFESSIONAL SOLUTIONS, LLC, *et al.*,<br><br>　　　　Defendants, | Civil Action No.: 1:06-cv-02805-JMC |

## ORDER APPROVING PARTIAL FEE SETTLEMENT AGREEMENT

IT IS HEREBY ORDERED that the fully executed Partial Fee Settlement Agreement and Release submitted concurrently herewith is hereby APPROVED IN ITS ENTIRETY.

*J. Michelle Childs*
United States District Judge

November 25, 2013
Greenville, South Carolina