**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | | |
|---|---|---|
| NOORALI "SAM" SAVANI, individually and on behalf of others similarly situated, | ) ) ) | Civil Action No.:  1:06-cv-02805-JMC |
| Plaintiff, | ) | |
| v. | ) ) | |
| URS    PROFESSIONAL    SOLUTIONS, LLC, *et al.*, | ) ) ) | |
| Defendants, | | |

## <u>ORDER APPROVING PARTIAL FEE SETTLEMENT AGREEMENT</u>

IT IS HEREBY ORDERED that the fully executed Partial Fee Settlement Agreement and

Release submitted concurrently herewith is hereby APPROVED IN ITS ENTIRETY.

*J. Michelle Childs*

United States District Judge

November 25, 2013
Greenville, South Carolina