AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

NOORALI "SAM" SAVANI and ROBERT P. TAYLOR, Jr. individually and on behalf of others similarly situated,
        *Plaintiffs*

v.           Civil Action No.   1:06-2805-JMC

URS PROFESSIONAL SOLUTIONS LLC
formerly WASHINGTON SAFETY MANAGEMENT SOLUTIONS, LLC
formerly WESTINGHOUSE SAFETY MANAGEMENT SOLUTIONS, LLC,
and WASHINGTON SAFETY MANAGEMENT SOLUTIONS, LLC's PENSION PLAN, now URS PROFESSIONAL SOLUTIONS PENSION PLAN formerly WSMS PENSION PLAN,
WASHINGTON GROUP INTERNATIONAL, INC. now known as URS ENERGY & CONSTRUCTION, Inc.
and ROGER ALLEN,
JULIE TSCHIDA BROWN,
DAVE HOLLAN, AND DELOYD CAZIER as TRUSTEES and MEMBERS of the BENEFITS now ADMINISTRATIVE COMMITTEE of URS PROFESSIONAL SOLUTIONS PENSION PLAN,
        *Defendants*

### AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■  other:  final judgment pursuant to Fed. R. Civ. P 54 (b) is entered in favor of Defendants on the merits of Plaintiffs' claim for benefits only under ERISA § 502(a)(1)(B) for those members of the Subclass who are not currently owed any supplemental benefits and without prejudice to other potential claims by such individuals who have not elected or did not elect early retirement.  The court further orders, consistent with the previous orders and findings of this court, that members of the Subclass who are not currently owed any supplement benefits shall be entitled to such benefits if and when they meet the requirements of Section 4.12 (a) of the plan in the future. For purposes of this Order, the term "Subclass" shall include members of the "Class" as those terms are defined by this Court's order dated August 28, 2012 (Doc. No. 204). As such, the Court hereby enters final judgment pursuant to Fed. R. Civ. P. 54 (b) on the claims asserted in this matter with respect to the Subclass as follows:

     1. Because the WSMS Plan earned on average a 5.75% annual rate of return on assets from January 1, 2005 to March 31, 2013, and because the Parties agree and have stipulated to the use of 5.75% as an appropriate annual rate to calculate pre-judgment interest for damages for the members of the Subclass who are currently owed past benefits, pre-judgment interest shall be paid to the members of the Subclass on past due benefits at a rate of 5.75% compounded annually;

     2. Within thirty (30) business days of the date of the entry of this order, Defendant URS Professional Solutions Plan (the "Plan") shall pay or cause to be paid the past supplemental benefits owed to the members of the Subclass identified in the Exhibit attached to this Order (Exhibit 3) who are owed supplemental benefits up through and including the month of August 2013, with prejudgment interest, in accordance with the amounts identified in Exhibit 3 attached to this Order, Defendant URS Professional Solutions Plan (the "Plan") shall timely pay to or cause to be paid the supplemental benefits owed to the members of the Subclass on a monthly basis as such benefits are due in accordance with Section 4.12(a) of the Plan.

     3. For those members of the Subclass identified in the Exhibit attached to this Order (Exhibit 3) who are not currently owed any supplemental benefits under the terms of Section 4.12(a) of the Plan, no supplemental benefits are currently due. Therefore, the Defendants are awarded judgment in their favor with regard to such Subclass members on the merits of those Plaintiffs' claim for benefits only under ERISA § 502(a)(1)(B), without prejudice to other potential claims by such individuals who have not elected or did not elect early retirement. This judgment confirms that Subclass members are entitled to receive accrued supplemental benefits under Section 4.12 of the Plan if and when such Subclass members meet the requirements of Section 4.12 of the plan.

     4. Consistent with all prior orders and opinions of the Court, this Court declares with regard to such Subclass members that they have a right to the accrued supplemental benefits under Section 4.12 of the Plan. If and when these Subclass members meet the remaining requirements of Section 4.12 of the Plan, Defendant URS Professional Solutions Plan (the "Plan") shall pay or cause to be paid the supplemental benefits owed to those members of the Subclass on a monthly basis as such benefits are due in accordance with Section 4.12(a) of the Plan.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having entered an order on plaintiffs' motion for bifurcated monetary judgment regarding the subclass.

*CLERK OF COURT*

Date: December 13, 2013

*s/Angie Snipes*
_____
*Signature of Clerk or Deputy Clerk*